IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARL MERKT | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-02905 |
| | § | |
| TRAVELERS HOME AND MARINE | § | |
| INSURANCE COMPANY | § | |

## NOTICE OF SETTLEMENT

COME NOW, Carl Merkt, the plaintiff herein, and The Travelers Home and Marine Insurance Company, the defendant herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit. The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

Respectfully submitted,

The Potts Law Firm, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
(713) 963-8881
(713) 574-2938 – facsimile

  /s/ Matthew J. Worrall (w/permission)
Matthew J. Worrall
State Bar No. 24070883
mworrall@potts-law.com

ATTORNEYS FOR PLAINTIFF
CARL MERKT

ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile


 /s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR THE TRAVELERS HOME AND MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that on the 12th of June, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/ Greg C. Wilkins
Greg C. Wilkins