IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARL MERKT | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-02905 |
| | § | |
| TRAVELERS HOME AND MARINE | § | |
| INSURANCE COMPANY | § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Carl Merkt, the plaintiff herein, and The Travelers Home and Marine Insurance Company, the defendant herein, and stipulate to the dismissal of all claims asserted in this lawsuit with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

The Potts Law Firm, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
(713) 963-8881
(713) 574-2938 – facsimile

_/s/ Matthew J. Worrall_
Matthew J. Worrall
State Bar No. 24070883
mworrall@potts-law.com

ATTORNEYS FOR PLAINTIFF
CARL MERKT

ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

/s/ Greg C. Wilkins
Greg C. Wilkins
Attorney-in-charge
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANTS,
THE TRAVELERS HOME AND MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that on the 19 day of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/ Greg C. Wilkins