United States District Court
Southern District of Texas

**ENTERED**

July 20, 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARL MERKT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-2905 |
| | § | |
| TRAVELERS HOME AND MARINE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is a stipulation of dismissal dismissing all claims and causes of action asserted in this lawsuit (Dkt. No. 11). The Court is of the opinion that the stipulation of dismissal should be accepted by the Court. Accordingly, all claims and causes of action asserted in this lawsuit are hereby DISMISSED WITH PREJUDICE TO THE RE-FILING OF SAME. This Order of Dismissal disposes of all claims and parties in this lawsuit.

It is so **ORDERED**.

SIGNED on this 20th day of July, 2017.

_____

Kenneth M. Hoyt
United States District Judge